**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6073

ROBERT T. SINES,

Plaintiff - Appellant,

versus

JAMES TURPIN,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Graham C. Mullen, Chief District Judge. (CA-03-170-1-MU)

Submitted: May 25, 2005                    Decided: June 13, 2005

Before NIEMEYER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert T. Sines, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert T. Sines appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we deny Sines' motions for appointment of counsel and for production of medical records, and we affirm on the reasoning of the district court. See Sines v. Turpin, No. CA-03-170-1-MU (W.D.N.C. Dec. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED